UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **ROY SHELOR** ) | |
| ) | |
| **v.** ) | Civil Action No. 2:11-0030 |
| ) | Judge Sharp/Knowles |
| **OLD DOMINION FREIGHT LINE, INC.** ) | |

**O R D E R**

The Initial Case Management Conference in this action is set for **July 14, 2011, at 10:00 a.m., by telephone**. Counsel for the Plaintiff shall initiate the call to the Court at 615-736-7344.

Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference. Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge